Plaintiff's final alternative contention seeks to invoke the rule of relative specificity. Briefly, this rule of classification states that, of two or more tariff terms, both embracing the imported merchandise, that one which more narrowly or specifically describes the merchandise shall be preferred over the others.

As we have said, the article at bar has the outward form, but no other characteristic, of a pencil. In use and in all other characteristics, however, it is a ballpoint pen and responds to the common meaning of a fountain pen in that it has a reservoir in the holder which furnishes a supply of ink. We are of the opinion that, even if the article can be considered in any way to be a pencil, classification for duty purposes must be made under the provision for fountain pens, inasmuch as that provision more specifically describes it than the provision for pencils.

For the foregoing reasons, the protest claim is overruled, and judgment will issue accordingly.

No. 67090.—Glencourt Importing Co. and W. C. Auger et al. v. United States, protests 59/23284, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co. v. United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67091.—Falcon Sales Co. et al. v. United States, protests 60/2412, etc. (Tampa).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co. v. United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

No. 67092.—W. J. Byrnes & Co., Inc., and Oliver Jones & Associates et al. v. United States, protests 61/22797, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co. v. United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.